*UNITED STATES BANKRUPTCY COURT*
*DISTRICT OF RHODE ISLAND*

---

In Re: 241 Main Street, Inc.           BK No. 1:17–bk–11392

Debtor(s)                              Chapter 11

---

### *NOTICE OF DISMISSAL*

You are hereby notified that an Order Dismissing the above debtor(s) was entered on: 1/3/2018 .

/s/ Susan M. Thurston
Clerk, U.S. Bankruptcy Court

Date: **1/23/18**

Entered on Docket: **1/23/18**
Document Number: **92 – 90**

309.jsp

---

*The Federal Center · 380 Westminster Street, 6th Floor · Providence, RI 02903 · Tel: (401) 626–3100*

*Website: www.rib.uscourts.gov*